UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SARDINA ROBERTO,

                Plaintiff,

      v.

ANDREA J. QUARANTILLO

                Defendants.

------------------------------------------------------------ x

**ECF CASE**

07 Civ. 11326 (DC)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          January 16, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:   /s/
SHANE PATRICK CARGO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2711
Facsimile: (212) 637-2786
Email: shane.cargo@usdoj.gov

TO:    Amanda Ellen Gray
         Bretz & Coven LLP
         305 Broadway
         New York, NY 10007