ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO SARDINA,

        Petitioner,

- against -

ANDREA QUARANTILLO,

        Respondent.

No. 07 Civ. 11326 (DC)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
February 28, 2008

BRETZ & COVEN, LLP
Attorneys for Petitioner

_____
Amanda E. Gray, Esq.
305 Broadway, Suite 100
New York, New York 10007
Tel: (212) 267-2555
Fax: (212) 267-2129

New York, New York
February 26, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

SO ORDERED:

_____
Hon. Denny Chin
United States District Judge

3/4/08

-page 1 of 1 -

A12-906-414